**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———

**No. 01-1961**

———

JOHN VAN B. METTS, III,

Plaintiff - Appellant,

versus

NORTH CAROLINA DEPARTMENT OF REVENUE,

Defendant - Appellee.

———

Appeal from the United States District Court for the Eastern District of North Carolina, at Wilmington.  W. Earl Britt, Senior District Judge.  (CA-00-42-78-BR(1))

———

Submitted:  November 29, 2001          Decided:  December 5, 2001

———

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———

Affirmed by unpublished per curiam opinion.

———

John Van B. Metts, III, Appellant Pro Se. James Peeler Smith, Assistant Attorney General, K. Naomi Kim, OFFICE OF THE ATTORNEY GENERAL OF NORTH CAROLINA, Raleigh, North Carolina, for Appellee.

———

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

John Van B. Metts, III, appeals from the district court's order dismissing his suit under the Americans with Disabilities Act, as well as various preliminary rulings. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Metts v. North Carolina Dep't of Revenue, No. CA-00-42-78-BR(1) (E.D.N.C. Jan. 18 & July 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED